# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2019

158493

PEOPLE OF THE STATE OF MICHIGAN,
              Plaintiff-Appellee,

v

JENIFER POWELL,
              Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 158493
COA: 344523
Gogebic CC: 2017-000181-FH

      On order of the Court, the application for leave to appeal the August 14, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2019

p0904

Clerk